1 | BROCK & GONZALES, LLP
D. AARON BROCK (SBN 241919)
2 | CHRISTOPHER P. BRANDES (SBN 282801)
LINDSAY L. BOWDEN (SBN 318685)
3 | 6701 Center Drive West, Suite 610
Los Angeles, CA 90045
4 | Telephone: (310) 294.9595
Facsimile: (310) 961.3673

JML LAW P.C.
JOSEPH M. LOVRETOVICH (SBN 73403)
CATHRYN G. FUND (SBN 293766)
5855 Topanga Canyon Boulevard, Suite 300
Woodland Hills, CA 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030

Attorneys for Plaintiff
GABRIEL URIBE

JACKSON LEWIS P.C.
MICHAEL J. CHRISTIAN (SBN 173727)
JAMES C. ANDERSON (SBN 296579)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
SILGAN CONTAINERS MANUFACTURING CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL URIBE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SILGAN CONTAINERS MANUFACTURING CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 1:19-cv-00559-NONE-BAM<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF PRETRIAL DEADLINES** |

Currently before the Court is the parties' Joint Stipulation and Request for Continuance of Pretrial Deadlines. (Doc. No. 13.) Having considered the parties' stipulation, and good cause appearing based upon the parties' inability to complete discovery due to the COVID-19 pandemic, the Court GRANTS the parties' request as further stated below. To accommodate the Court's calendar as well as the availability of judges to decide this case, and pursuant to the Standing Order In Light of Judicial Emergency (Doc. No. 12-1), IT IS HEREBY ORDERED that the Scheduling Conference Order (Doc. No. 11) is modified as follows:

| | |
|---|---|
| Expert Disclosure: | July 17, 2020 |
| Supplemental Expert Disclosure: | August 21, 2020 |
| Non-Expert Discovery Cutoff: | July 3, 2020 |
| Expert Discovery Cutoff: | September 18, 2020 |
| Pretrial Motion Filing Deadline: | October 2, 2020 |
| **Pretrial Conf:** | **March 5, 2021<br>1:30 p.m.<br>Dept 4 (NONE)** |
| **Jury Trial:<br>(7 days est.)** | **May 11, 2021<br>8:30 a.m.<br>Dept 4 (NONE)** |

The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **April 9, 2020**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2

Order

*Gabriel Uribe v. Silgan Containers Mfg. Corp.*
*Case No. 1:19-cv-00559-LJO-BAM*