UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL URIBE, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SILGAN CONTAINERS MANUFACTURING CORPORATION, a Delaware corporation; DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No.  1:19-cv-00559-NONE-BAM<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR FURTHER CONTINUANCE OF PRETRIAL DEADLINES**<br><br>(Doc. No. 15) |

Currently before the Court is the parties' Joint Stipulation and Request for Further Continuance of Pretrial Deadlines filed on June 23, 2020. (Doc. No. 15.)  The parties explain that they have engaged in written discovery, but they have been unable to complete depositions and otherwise prepare for trial, which is currently scheduled for May 11, 2021, due to the current circumstances related to the COVID-19 pandemic.  (*Id*.)

Having considered the parties' stipulation, and good cause appearing, the parties' request for a further continuance of pretrial deadlines is GRANTED.  The Scheduling Conference Order (Doc. No. 11) is further modified as follows:

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF | September 4, 2020 |
| EXPERT DISCLOSURES | September 18, 2020 |

1

| | | |
|---|---|---|
| 1 | SUPPLEMENTAL EXPERT DISCLOSURES | November 20, 2020 |
| 2 | EXPERT DISCOVERY CUTOFF | December 18, 2020 |
| 3 | PRETRIAL MOTION FILING DEADLINE | December 18, 2020 |

The Pre-Trial Conference and Trial dates remain unchanged.

IT IS SO ORDERED.

Dated:  **June 24, 2020**              /s/ *Barbara A. McAuliffe*           
                                       UNITED STATES MAGISTRATE JUDGE