BROCK & GONZALES, LLP
D. AARON BROCK (SBN 241919)
CHRISTOPHER P. BRANDES (SBN 282801)
6701 Center Drive West, Suite 610
Los Angeles, CA  90045
Telephone:     (310) 294.9595
Facsimile:      (310) 961.3673

JML LAW, A.P.L.C.
JOSEPH M. LOVRETOVICH (SBN 73403)
CATHRYN G. FUND (SBN 293766)
5855 Topanga Canyon Boulevard, Suite 300
Woodland Hills, CA  91367
Telephone:     (818) 610-8800
Facsimile:      (818) 610-3030

Attorneys for Plaintiff
GABRIEL URIBE

JACKSON LEWIS P.C.
MICHAEL J. CHRISTIAN (SBN 173727)
JAMES C. ANDERSON (SBN 296579)
400 Capitol Mall, Suite 1600
Sacramento, California  95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141

Attorneys for Defendant
SILGAN CONTAINERS MANUFACTURING
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL URIBE, an individual, | CASE NO. 1:19-cv-00559-LJO-BAM |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND REQUEST FOR CONTINUANCE OF PRETRIAL DEADLINES; ORDER** |
| SILGAN CONTAINERS MANUFACTURING CORPORATION, a Delaware corporation; and DOES 1-50, inclusive, | Complaint Filed: 03.18.19<br>Removal Filed:    04.29.19<br>Trial Date:           5.11.21 |
| Defendants. | |

Counsel for Plaintiff GABRIEL URIBE ("Plaintiff") and Defendant SILGAN CONTAINERS MANUFACTURING CORPORATION ("Defendant"), (collectively referred to as "the Parties") hereby enter into the following Stipulation and request the Court to extend certain pretrial discovery

1

deadlines, pursuant to the applicable Local Rules:

1. This is an action for alleged Interference with FMLA Rights, Retaliation in Violation of the FMLA, and Wrongful Termination in Violation of Public Policy. The Parties have engaged in written discovery but have yet to complete depositions and anticipate limited additional written discovery.

2. Good cause exists to continue the pretrial deadlines because the Parties have been unable to complete depositions and otherwise prepare for trial due to the current circumstances related to the COVID-19 pandemic.

3. Given the above availability limitations, the Parties request that the discovery including discovery motion cut off dates and the expert disclosure cut off dates should be continued to a date in the future. The Parties hereby stipulate to the following new dates and request the Court modify the scheduling order accordingly:

| **CATEGORY** | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Non-Expert Discovery Cutoff | September 4, 2020 | November 6, 2020 |
| Expert Disclosures | September 18, 2020 | November 20, 2020 |
| Supplemental Expert Disclosure | November 20, 2020 | January 22, 2021 |
| Expert Discovery Cutoff | December 18, 2020 | February 19, 2021 |
| Pretrial Motion Filing Deadline | December 18, 2020 | February 19, 2021 |
| Pre-Trial Conference | March 5, 2021 | No change. |
| Trial | May 11, 2021 | No change. |

4. There has been one prior request for extension of time to change the case scheduling conference order (Docket number 11) and to extend time for completion of discovery.

1 | **IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August 10, 2020                    BROCK & GONZALES, LLP

By: */s/ Aaron Brock*
     D. AARON BROCK
     CHRISTOPHER P. BRANDES
     LINDSAY L. BOWDEN

     Attorneys for Plaintiff
     GABRIEL URIBE

Dated: August 10, 2020                    JML LAW P.C.

By: */s/ Cathryn G. Fund*
     JOSEPH M. LOVRETOVICH
     CATHRYN G. FUND

     Attorneys for Plaintiff
     GABRIEL URIBE

Dated: August 10, 2020                    JACKSON LEWIS P.C.

By: */s/ Michael J. Christian*
     MICHAEL J. CHRISTIAN
     JAMES C. ANDERSON

     Attorneys for Defendant
     SILGAN CONTAINERS MANUFACTURING CORPORATION

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court GRANTS the parties' request. To accommodate the Court's calendar as well as the availability of judges to decide this case, and in light of the Standing Order issued by District Judge Dale A. Drozd (Doc. No. 12-1), IT IS HEREBY ORDERED that the Scheduling Order (Doc. No. 11) is modified as follows:

| | |
|---|---|
| Expert Disclosure: | November 20, 2020 |
| Supplemental Expert Disclosure: | January 22, 2021 |
| Non-Expert Discovery Deadline: | November 6, 2020 |
| Expert Discovery Deadline: | February 19, 2021 |
| Dispositive Motion Filing Deadline: | February 19, 2021 |
| **Pretrial Conf:** | **July 16, 2021**<br>**1:30 PM**<br>**Dept 4 (NONE)** |
| **Jury Trial:**<br>**(7 days est.)** | **September 28, 2021**<br>**8:30 AM**<br>**Dept 4 (NONE)** |

All other deadlines set forth in the Scheduling Order remain unchanged. The Court notes that this is the parties' <u>third</u> request to amend the Scheduling Order. (*See* Doc. Nos. 14, 16.) The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause, which will be strictly construed. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **August 11, 2020**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE